```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 09410
    ELISA M CONTRERAS
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-9036


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/17/08 .

    2.  The case was dismissed without confirmation, 09/12/2008.

    3.  The Debtor paid a total of $    375.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 353.25 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| ASAP CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COUNSELING CONNECTION | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FAIR COLLECTIONS & OUTSO | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SPECIAL CLASS | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SPECIAL CLASS | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| SOFFIETTI JOHNSON TEEGEN | UNSECURED | NOT FILED | .00 | .00 |
| HUNTER WARFIELD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MYRIAD GENETIC LABORATOR | UNSECURED | NOT FILED | .00 | .00 |
| LIBERTYVILLE CURRENCY EX | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY INC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| PARK BUTTERFIELD | UNSECURED | NOT FILED | .00 | .00 |

```
PARK BUTTERFIELD            UNSECURED       NOT FILED              .00          .00
VERIZON WIRELESS            UNSECURED       NOT FILED              .00          .00
WASHINGTON MUTUAL CARD S    UNSECURED       NOT FILED              .00          .00
IC SYSTEMS                  UNSECURED       NOT FILED              .00          .00
         Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00          .00           .00
PRINCIPAL PAID        353.25           .00          .00          .00        353.25
INTEREST PAID            .00           .00          .00          .00           .00
TOTAL PAID            353.25           .00          .00          .00        353.25
```

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3500.00
and was paid $       .00 .

The Trustee received $      21.75 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 09410 ELISA M CONTRERAS